<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | Criminal Action No. 15-570 (ES) |
| : | |
| v. : | <u>**ORDER**</u> |
| : | |
| **CLIFFORD WARES,** : | |
| : | |
| Defendant. : | |

In light of the November 23, 2015 hearing during which, among other events, Defendant Clifford Wares inflicted harm upon himself and discharged blood and saliva upon the courtroom and its property; and further in light of statements made by the Defendant as set forth on the record during the November 23, 2015 hearing; and, as a consequence, the Court having reasonable cause to believe that the Defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, *see* 18 U.S.C. § 4241;

IT IS on this 30th day of November 2015 hereby,

**ORDERED** that, pursuant to 18 U.S.C. §§ 4241 and 4247, Defendant Clifford Wares shall be committed to the custody of the Attorney General of the United States for placement in Federal Medical Center-Butner—or another suitable institution designated by the United States Bureau of Prisons—where a complete psychological and psychiatric examination can be made; and it is further

**ORDERED** that the psychiatric and/or psychological examination of Defendant Clifford Wares shall be conducted by a licensed or certified psychiatrist and/or psychologist; and it is further

**ORDERED** that the report of the psychiatric and/or psychological examination pursuant to 18 U.S.C. §§ 4241(b) and 4247(c) shall be filed with the court—and copies provided to the counsel for the person examined and to the attorney for the Government—which shall include:

(**1**) the person's history and present symptoms;

(**2**) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(**3**) the examiner's findings;

(**4**) the examiner's opinions as to diagnosis and prognosis; and

(**5**) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

and it is further

**ORDERED** that, pursuant to 18 U.S.C. §§ 4241 and 4247, Defendant Clifford Wares shall be committed as set forth in this Order for the purposes of examination for a reasonable period of time not to exceed 30 days, unless otherwise ordered by the Court; and it is further

**ORDERED** that, if additional time for providing the aforementioned report is required, the director of the facility to which Defendant Clifford Wares is designated is granted leave to so advise the Court via letter to the Undersigned and all counsel in this action; and it is further

**ORDERED** that the Court will conduct a hearing pursuant to 18 U.S.C. §§ 4241(c) and 4247(d) after receipt of the aforementioned report to determine the mental competency of Defendant Clifford Wares; and it is further

**ORDERED** that the United States Marshall for the District of New Jersey shall accordingly TRANSFER Defendant Clifford Wares to Federal Medical Center-Butner—or another suitable institution designated by the United States Bureau of Prisons—as soon as feasible; and it is further

**ORDERED** that a representative of the Federal Medical Center-Butner—or whichever suitable institution designated by the United States Bureau of Prisons—shall notify in writing the United States Attorney's Office in Newark, New Jersey when the examination of Defendant Clifford Wares is completed and before transporting Defendant Clifford Wares back to the District of New Jersey; and it is further

**ORDERED** that ALL previously scheduled submission deadlines and hearings, as well as the trial date shall be adjourned until further order of this Court; and it is further

**ORDERED** that the period of delay necessarily resulting from this Order is excludable pursuant to 18 U.S.C. § 3161(h)(1)(A); and it is further

**ORDERED** that, as set forth on the record during the November 23, 2015 hearing, Defendant Clifford Wares's right to a trial within the timeframe pursuant to 18 U.S.C. § 3161 *et seq.* is waived; and it is further

- 4 -

**ORDERED** that, as set forth on the record during the November 23, 2015 hearing, Defendant Clifford Wares's right to a trial within the timeframe pursuant to the Interstate Agreement on Detainers Act, 18 U.S.C. App. III is waived.

<em>s/Esther Salas</em><br>
<strong>Esther Salas, U.S.D.J.</strong>