## New York State INCIDENT REPORT

| 1. Agency | 2. Div/Precinct | 3. ORI | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|
| F2 TROOP F - ZONE 2 | F211 | NY1350200 | 4313050 | 4313050 |

| 7,8,9. Date Reported (Day, Date, Time) | 10,11,12. Occurred On/From (Day, Date, Time) | 13,14,15. Occurred To (Day, Date, Time) |
|---|---|---|
| WEDNESDAY 11/02/2011 20:00 | WEDNESDAY 11/02/2011 20:00 | |

| 16. Incident Type | 17. Business Name |
|---|---|
| ASSAULT-SIMPLE ASSAULT | SMITH CLOVE PARK |

**19. Incident Address (Street Name, Bldg. No., Apt. No.)**
FRANKLIN STREET

**20. City/State/Zip**
MONROE NEW YORK 10950

| 21. Location Code (TSLED) | 23. No. of Victims | 24. No. of Suspects | 26. Victim also Complainant? |
|---|---|---|---|
| MONROE VILLAGE 3626 | 1 | 1 | NO |

**Location Type**
FIELD/WOODS

**Dispatcher Notes**
Suspect, Clifford Wares arrested for Assault 2nd and Resisting Arrest. Inv. Leonard Caruso Jr. assigned.

| 22. OFF No. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PL | 195.05 | | A | M | 2 | C | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |
| 2. | PL | 205.30 | | A | M | 0 | C | RESISTING ARREST | 1 |
| 3. | PL | 120.05 | 03 | D | F | 2 | C | ASSAULT 2-W/INTENT CAUSE PHYS INJURY TO OFFICER/FIREMA | 1 |

### ASSOCIATED PERSONS

| 25. TYPE | Name (Last, First, Middle, Title) | DOB | Street Name, Bldg., Apt. No., City, State, Zip | Res. Phone / Bus. Phone |
|---|---|---|---|---|
| LAW ENFORCEMENT OFFICER | WESTON, ROBERT | | PASSAIC COUNTY SHERIFFS DEPARTMENT NJ | (973)650-3344 |
| SUSPECT | WARES, CLIFFORD, W | 11/24/1972 | 151 KINGS HWY WARWICK NY 10990 | (845)986-2386 (845)537-6384 |
| VICTIM | QUINN, MICHAEL, J | | NEW YORK STATE POLICE MONROE NY 10950 | (845)782-8311 |

### VICTIM

| Name | 27. DOB | 28. Age | 29. Gender | 30. Race | 31. Ethnicity | 32. Handicap | 33. Residence |
|---|---|---|---|---|---|---|---|
| QUINN, MICHAEL, J | | | MALE | WHITE | NOT HISPANIC | | |

**GOVERNMENT EXHIBIT 160**

## SUSPECT

| Person ID # | 34. Type | 35. Name (Last, First, Middle) | | | | | |
|---|---|---|---|---|---|---|---|
| 140859 | SUSPECT | WARES, CLIFFORD, W | | | | | |
| 37. Apparent Condition | | | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip) | | | | |
| APPARENTLY NORMAL | | | 151 KINGS HWY  WARWICK NY 10990 | | | | |
| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB | 42. Age | 43. Gender | 44. Race | |
| (845)986-2386 | (845)537-6384 | 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 | 11/24/1972 | 38 | MALE | WHITE | |
| 45. Ethnicity | 46. Skin | 47. Occupation | | | | | |
| NOT HISPANIC | FAIR | LABORER | | | | | |
| 48. Height | 49. Weight | 50. Hair | | 51. Eyes | | 52. Glasses | 53. Build |
| 5ft. 8in. | 152lbs. | BROWN | | BROWN | | YES | SKINNY |
| 54. Employer/School | | | | 55. Employer Address | | | |
| | | | | NY | | | |
| 56. Scars/Marks/Tattoos /Description | | | | | | | |

36. Alias/Nickname/Maiden Name

| Last Name | First Name | MiddleName |
|---|---|---|
| | | |

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/02/2011 | 11/02/2011 | CARUSO JR, LEONARD (INV) |

**Narrative**

BCI Case Adoption - Assault 2nd / Resisting Arrest.
Captain Robert Weston, Passaic County Sheriffs Department contacted SP Monroe requesting assistance in locating a Clifford Wares. Wares subsequently arrested for Assault and Resisting Arrest. Inv. Leonard Caruso Jr. assigned.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/02/2011 | 11/02/2011 | CARUSO JR, LEONARD (INV) |

**Narrative**

1. On 11/02/11 Captain Robert Weston, Passaic County Sheriffs Department contacted SP Monroe requesting assistance in locating Clifford Wares. Inv. Leonard Caruso Jr. assigned.

2. On 11/02/11 Inv. Caruso spoke to Capt. Weston who advised they have a pending criminal investigation, Disseminating Indecent Material to a Minor involving Clifford Wares. He advised Wares sent naked pictures of himself from his cell phone, 845-537-6384 to a 13 year old female. Capt. Weston advised through communication via text messaging, Wares told her he was living in Smith Clove Park, Monroe, NY. He told her he worked there for 7 years and knows the area. He then texted her pictures of himself next to his tent in a wooded area next to a rock wall. Said pictures were sent via e-mail and secured in the case folder.

3. On 11/02/11 Inv. Rene Fero-Simmons, SP Highland contacted Inv. Caruso regarding Wares. She advised there is an active Superior Court Bench Warrant for Wares for Disseminating Indecent Material to a Minor 1st degree (31 counts), Disseminating Indecent Material to a Minor 2nd degree (5 counts) and Endangering the Welfare of a Child signed by Hon. Donald Williams dated 08/24/11. A copy of said warrant was faxed and secured in the case folder.

4. On 11/02/11 Inv. Caruso responded to Smith Clove Park and checked the immediate area with negative results.

5. On 11/02/11 Inv. Caruso contacted Anthony Cardone a board member with Smith Clove Park regarding said investigation. Cardone provided a survey of the the area and agreed to assist in any way. He looked at the photos and believed Wares was either near the tower or by the old gravel pit.

6. On 11/02/11 Inv. Caruso advised S/Inv. John Oleary of said case.

7. On 11/03/11 a search detail was organized utilizing NYSP Aviation, NYSP Special Operations Response Team, NYSP ATV Unit, Village of Monroe Police Department, BCI and Uniform Force Members. All members converged into Smith Clove Park and Wares was observed in the wooded area near his camp site. A foot pursuit ensued through the woods involving numerous members. Z/Sgt. Michael Quinn attempted to place Wares under arrest, he resisted arrest and attempted to fight/punch Z/Sgt. Quinn. Z/Sgt. Quinn while attempting to place Wares under arrest, struck Wares in the head with his right hand causing immediate

swelling/pain. Tpr. Robert Baird arrived to assist and the suspect, Wares was taken into custody without further incident. Tpr. Baird transported Wares to SP Monroe to be processed.

8. On 11/03/11 Z/Sgt. Quinn was transported to Crystal Run Urgent Care, where he was treated by Dr. Angela Iannitta-Hulse and diagnosed with a fracture to his right hand.

9. On 11/03/11 Inv. Caruso responded to Wares camp site located in the wooded area at Smith Clove Park. Inv. Caruso secured written notes/paperwork regarding the pending investigation by the Passaic County Sheriffs Department. Inv. Caruso photographed the campsite/scene. A Genl. 34D / Digital Photo Record was completed and a copy is attached as enclosure #1.

10. On 11/03/11 Det. Javier Custodio of the Passaic County Sheriffs Department and Det. John Pesenti of the West Milford Police Department responded to SP Monroe to interview Wares regarding there pending investigation. Wares refused to answer any questions and requested an attorney.

11. On 11/03/11 Inv. Caruso completed a Genl. 15 / Property Receipt regarding items secured from the scene. All property was turned over to Det. Custodio. A copy of the Genl. 15 / Property Receipt is attached as enclosure #2.

12. On 11/03/11 Tpr. Baird processed Wares through SP Monroe, prints / photos. He was charged with Assault 2nd degree and Resisting Arrest. Wares was turned over to SP Highland, S/Inv. Joseph Alma and Inv. Yan Salomon regarding said Superior Court Bench Warrant. Wares was arraigned before Ulster County Court, Hon. Donald Williams and remanded to Ulster County Jail in lieu of no bail. A copy of said Superior Court Bench Warrant is attached as enclosure #3. An Arrest Report was generated and a copy is attached as enclosure #4.

13. On 11/03/11 Sgt. Paul Rubinstein completed an Administrative Message Report bearing AMS# AMSPZ29000043 regarding said on duty injury to Z/Sgt. Quinn.

14. On 11/15/11 Inv. Caruso responded to the Village of Monroe Court and spoke with Lina, the court clerk. Inv. Caruso requested an Arrest Warrant and an Order to Produce regarding Wares, who is currently incarcerated at the Ulster County Jail.

15. On 11/16/11 Inv. Caruso responded to the Village of Monroe Court and secured said paperwork. Inv. Caruso in receipt of an Arrest Warrant for Wares for Assault 2nd and Resisting Arrest signed by Hon. Forrest Strauss dated 11/15/11. Also secured was an Order to Produce for Wares to be produced at the Village of Monroe Court for arraignment on 11/16/11 at 6:00pm.

16. On 11/16/11 Tprs. Joseph Potucek and Erik Anderson responded to the Ulster County Jail and secured Wares for transport to the Village of Monroe Court for arraignment. Wares was arraigned at the Village of Monroe Court before Hon. Strauss. Bail was set in the amount of $25,000 cash / $50,000 bond to reappear on 11/21/11 at 6:00pm. Wares was subsequently transported back to Ulster County Jail. A Copy of the Arrest Warrant is attached as enclosure #5. A Copy of the Order to Produce is attached as enclosure #6.

17. Enclosures:
    1. Genl. 34D / Digital Photo Record.
    2. Genl. 15 / Property Receipt.
    3. Ulster County Superior Court Bench Warrant / Wares.
    4. Arrest Report / Wares.
    5. Village of Monroe Arrest Warrant / Wares.
    6. Village of Monroe Order to Produce / Wares.

SP Monroe   11-4313050    Assault 2nd/Resisting Arrest    Closed by Arrest    No Evidence    Final

## ADMINISTRATIVE

| 74. Inquiries<br>DMV CH WW | 75. NYSPIN Message No. | | 76. Complainant Signature | |
|---|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank)<br>INV LEONARD CARUSO JR | | 78. ID No.<br>3552 | 79. Supervisor Signature (Include Rank)<br>SR INV JOHN OLEARY | 80. ID No.<br>2305 |
| 81. Status<br>ARREST - ADULT | 82. Status Date<br>11/02/2011 | | 83. Notified/TOT<br>BCI INV CARUSO | |

Solvability Total  0