Date: 12-29-17

Dear United States District Court,

I, Clifford Wares, New York state Prison Din # 13-A-0800, residing at the Wende Correctional Facility Wende Road, P.O. Box 1187 Alden, New York 14004-1187 am writing to the court to inquire about the one year time limitation i have to file a federal habeas corpus 2255 petition in the United States District Court. My District court case # 2-15-cr-00570-001, Court of Appeals case # 16-3096 was decided on May 7, 2017 as a final Judgement, but their is also a mandate final Judgement of July 7, 2017 so when does the one year time limitation to file a federal habeas corpus 2255 petition start from the May 7, 2017 or the July 7, 2017 final Judgement? I need to know so that i am within the one year time limitation time limit deadline to file which i would assume to be either May 7, 2018 or July 7, 2018.

Thank you for your time regarding this matter.

Sincerely,
Clifford Wares



**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Clifford Wares   DIN: 13-A-0800

"Legal Mail"

United States District Court
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07101